IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| PATRICIA PORTER KRYDER, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 1:13-cv-00048 |
| ) | |
| JAMES KEMMLER ROGERS, and ) | JUDGE HAYNES |
| JENIFER ROGERS-ETCHEVERRY, ) | |
| ) | JURY DEMAND |
| Defendants. ) | |

*[Handwritten note: Smith, The motion is DENIED as a party may plead inconsistent claims and defenses. s/ [signature] 3-11-14]*

## MOTION TO DISMISS COUNTERCLAIM, OR IN THE ALTERNATIVE MOTION FOR PARTIAL DISMISSAL AND MOTION TO STRIKE

Comes the Plaintiff, Patricia Porter Kryder, by and through counsel, and pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f) hereby respectfully moves the Court to dismiss Defendant James Kemmler Rogers' Counterclaim in its entirety. In the alternative, Plaintiff respectfully moves the Court to dismiss Counts II-V of the Counterclaim and to Strike the ELEVENTH DEFENSE asserted in Defendants' Answer.

The grounds for this Motion are set forth in Plaintiff's Memorandum of Law, which has been filed contemporaneously herewith.

1