PATRICIA PORTER KRYDER,           )
                                  )
    Plaintiff,               )
                                  )
v.                                )    No. 1:13-cv-00048
                                  )    JURY DEMAND
JAMES KEMMLER ROGERS and          )
JENNIFER ROGERS-ETCHEVERRY,       )
                                  )
    Defendants.              )
                                  )
_____)
                                  )
JENNIFER ROGERS-ETCHEVERRY, as    )
attorney-in-fact for JAMES KEMMLER)
ROGERS, an incapacitated person,  )
                                  )
    Counter-Plaintiff,       )
                                  )
v.                                )
                                  )
PATRICIA PORTER KRYDER            )
a/k/a PATRICIA K. GANIER,         )
                                  )
    Counter-Defendant.       )

*[Handwritten note:] GRANTED. For the reasons stated in open court, this motion and the other motions (Dkt. Nos. 46, 48 and 58) are DENIED without prejudice to renew.*
*[Signature] Will ___*
*USDJ*
*6-17-14*

## MOTION FOR JUDGMENT ON THE PLEADINGS

    The defendants, by and through Counsel, hereby move this Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for Judgment on the Pleadings. Defendant Jennifer Rogers-Etcheverry ("Defendant" or "Etcheverry") hereby moves this Court, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, for Judgment on the Pleadings and for dismissal with prejudice of all of Plaintiff's claims and causes of action against Etcheverry in their entirety. Defendant James Kemmler Rogers moves for dismissal of Count II.

    As specific grounds for this motion, Defendant Etcheverry would show unto this Court the following: