# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### COLUMBIA DIVISION

PATRICIA PORTER KRYDER, )
)
    Plaintiff, )
)
v. )    No. 1:13-cv-00048
)    JURY DEMAND
JAMES KEMMLER ROGERS and )
JENNIFER ROGERS-ETCHEVERRY, )
)
    Defendants. )
_____ )
)
JENNIFER ROGERS-ETCHEVERRY, as )
attorney-in-fact for JAMES KEMMLER )
ROGERS, an incapacitated person, )
)
    Counter-Plaintiff, )
)
v. )
)
PATRICIA PORTER KRYDER )
a/k/a PATRICIA K. GANIER, )
)
    Counter-Defendant. )

*ORDER*
*This motion*
*is GRANTED. Fed R Civ P*
*15(a).*
*Wm. Wills*
*USMJ*
*7-31-14*

## MOTION FOR LEAVE TO FILE
## SECOND AMENDED ANSWER AND COUNTERCLAIM

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Counter-Plaintiff Jennifer

Rogers-Etcheverry ("Counter-Plaintiff" or "Etcheverry"), by and through undersigned counsel,

respectfully moves this Court for leave to file a Second Amended Answer and Counterclaim.

Justice so requires the filing of a Second Amended Answer and Counterclaim for reasons

including, but not limited to, the following: to amend and clarify Counter-Plaintiff's claims for

breach of contract, equitable lien, declaratory judgment and lien lis pendens, and to amend and

clarify certain relief sought under said causes of action against Counter-Defendant. More